**LINK:** JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00457-GAF (JCGx) | Date | October 15, 2012 |
|---|---|---|---|
| Title | Stepan Vartanian v. JC Christensen and Associates Inc | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers)**

Plaintiff filed a Complaint with this Court on January 18, 2012.

On September 13, 2012, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Plaintiff's apparent failure to actively pursue this matter. The Order specifically warned Plaintiff that the Court could dismiss this action if plaintiff failed to respond to the Order to Show Cause. Plaintiff was to respond to the Court's Order to Show Cause no later than October 3, 2012. To date, however, no response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer     rf